**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DAVID DRUCKMAN,

Plaintiff,

-against-

26 **CIVIL** 0993 (PAE)

# JUDGMENT

PETER MORGENSTERN, P. MORGENSTERN LLC and BUTZEL LONG, A PROFESSIONAL CORPORATION,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 15, 2026, the Court grants defendants' motions to dismiss in full and denies as moot the Morgenstern defendants' motion to strike; accordingly, the case is closed.

**Dated:** New York, New York
October 19, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**