UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID DRUCKMAN,<br>Plaintiff,<br>-v-<br>PETER MORGENSTERN *et al.*,<br>Defendants. | 26 Civ. 993 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiff's motion for reconsideration of the Court's opinion and order of October 15, 2026 insofar as it dismisses plaintiff's quantum meruit cause of action. Dkt. 49. Defendants' opposition is due November 12, 2026. Plaintiff's reply, if any, is due November 19, 2026.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2026
New York, New York